# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
01/27/2020
CT Log Number 537061084

TO: Timothy Horn
Whole Foods Market, Inc.
550 Bowie St
Austin, TX 78703-4644

RE: **Process Served in New York**

FOR: Whole Foods Market Group, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JEAN A. METZKER, Pltf. vs. WHOLE FOODS MARKET GROUP, INC., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Notice, Attachment |
| **COURT/AGENCY:** | New York County: Supreme Court, NY<br>Case # 1622152019 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/13/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/27/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days After Receiving This Summons, Exclusive Of The Day Of Service |
| **ATTORNEY(S) / SENDER(S):** | Briana M. Longo, Esq.<br>STEFANO A. FILIPPAZZO, P.C.<br>16 Court Street, 28th Floor<br>Brooklyn, NY 11241<br>718.855.1350 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/27/2020, Expected Purge Date: 02/01/2020<br><br>Image SOP<br><br>Email Notification,  Email Process  SOP@WHOLEFOODS.COM<br><br>Email Notification,  Jay Warren  jay.warren@wholefoods.com<br><br>Email Notification,  Timothy Horn  timothy.Horn@wholefoods.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / SS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



USPS CERTIFIED MAIL

USPS CERTIFIED MAIL

9214 8969 0059 7931 7666 16

202001150778
C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY,10005

State of New York - Department of State
Division of Corporations

Party Served:                              Plaintiff/Petitioner:
 WHOLE FOODS MARKET GROUP, INC.               METZKER, JEAN A

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK,  NY 10005

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of
State on 12/31/2019 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW.
 This copy is being transmitted pursuant to such statute to the address
provided for such purpose.

Very truly yours,
Division of Corporations

FILED: NEW YORK COUNTY CLERK 12/18/2019 11:30 AM
NYSCEF DOC. NO. 1

INDEX NO. 162215/2019
RECEIVED NYSCEF: 12/18/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------X
JEAN A. METZKER,

               Plaintiff,

     -against-

WHOLE FOODS MARKET GROUP, INC.,

             Defendant.
----------------------------------X

**Index No.:**
**Date Purchased:**
***Plaintiff designates:***
**NEW YORK County as
the place of trial.**

***The Basis of Venue:***
**CPLR 509**
     <u>SUMMONS</u>
***Plaintiff resides at:***
**375 East 26th Street
New York, New York**

To the above-named Defendants

     YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney(s) within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn, New York
      December 18, 2019

                     Yours etc.,
                     STEFANO A. FILIPPAZZO, P.C.

                     By: Briana M. Longo, Esq.
                     **Attorneys for Plaintiff**
                     16 Court Street, 28th Floor
                     Brooklyn, New York 11241
                     P: 718.855.1350

Service List:
* **WHOLE FOODS MARKET GROUP, INC.** — Secretary of State.

1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------X     **Index No.:**
JEAN A. METZKER,

               Plaintiff,

      -against-

WHOLE FOODS MARKET GROUP, INC.,      **COMPLAINT**

              Defendant.

----------------------------------X

     Plaintiff by her attorneys, STEFANO A. FILIPPAZZO, P.C., complaining of the Defendant, respectfully alleges the following upon information and belief:

### BACKGROUND

    1.   That at all time herein mentioned the Plaintiff was and still is a resident of the County of New York, State of New York.

    2.   That at all times hereinafter mentioned the Defendant, WHOLE FOODS MARKET GROUP, INC. was and still is a foreign business corporation authorized to conduct business in the State of New York.

    3.   That Defendant, WHOLE FOODS MARKET GROUP, INC. maintains an office for the conducting of its business in the County of New York.

FILED: NEW YORK COUNTY CLERK 12/18/2019 11:30 AM

NYSCEF DOC. NO. 1

INDEX NO. 162215/2019

RECEIVED NYSCEF: 12/18/2019

## AS AND FOR A FIRST CAUSE OF ACTION

4.     Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "3" inclusive, as if hereinafter set forth at length.

5.   That on January 13, 2018 the Defendant WHOLE FOODS MARKET GROUP, INC. was the owner of the premises denominated 4 Union Square E., New York, New York (hereinafter referred to as "THE PREMISES").

6.   That on January 13, 2018 the Defendant WHOLE FOODS MARKET GROUP, INC. was the lessor of THE PREMISES.

7.   That on January 13, 2018 the Defendant WHOLE FOODS MARKET GROUP, INC. was the lessee of THE PREMISES.

8.   That on January 13, 2018 the Defendant WHOLE FOODS MARKET GROUP, INC. maintained THE PREMISES.

9.   That on January 13, 2018 the Defendant WHOLE FOODS MARKET GROUP, INC. controlled THE PREMISES.

10.   That on January 13, 2018 the Defendant WHOLE FOODS MARKET GROUP, INC. operated THE PREMISES.

11.   That on January 13, 2018 while the Plaintiff was lawfully within THE PREMISES, she was caused to sustain severe personal injuries as a result of negligence on the part of this Defendant.

3

FILED: NEW YORK COUNTY CLERK 12/18/2019 11:30 AM          INDEX NO. 162215/2019
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 12/18/2019

12.    That the incident complained of was caused by reason of the carelessness, recklessness, negligence on part of this Defendant, its agents, servants and/or employees in the ownership, maintenance, operation management and control of THE PREMISES, in that this Defendant failed to provide Plaintiff with a safe place to walk; in that this Defendant caused the very incident complained of which was foreseeable; in that this Defendant created said dangerous conditions; in that this Defendant had notice of the dangerous and defective conditions; in that this Defendant failed to remedy said dangerous conditions; in that this Defendant was otherwise careless and negligent.

13.    That as a result of the foregoing Plaintiff sustained severe and painful bodily injuries and shock, was rendered and continues to be sick, sore, lame and disabled and Plaintiff's injuries will be permanent. Plaintiff has incurred and will incur in the future considerable expenses for medical and hospital care and treatment and has been prevented from attending her occupation causing a loss of past and future earnings.

14.    That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

FILED: NEW YORK COUNTY CLERK 12/18/2019 11:30 AM

NYSCEF DOC. NO. 1

INDEX NO. 162215/2019

RECEIVED NYSCEF: 12/18/2019

15. This action falls within one or more of the exceptions set forth in Article 16 of the Civil Practice Law and Rules.

16. That as a result of the foregoing, Plaintiff has been damaged in a sum exceeding the jurisdictional limits of all lower courts.

**WHEREFORE** the Plaintiffs demand judgment against the Defendant WHOLE FOODS MARKET GROUP, INC. in the First Cause of Action in the sum exceeding the jurisdictional limits of all lower courts; together with the costs, disbursements and expenses of this action and for such other and further relief as may be just and proper.

Dated:      Brooklyn, New York
            December 18, 2019

                        Yours, etc.,
                        STEFANO A. FILIPPAZZO, P.C.


                        By: Briana M. Longo, Esq.
                        **Attorneys for Plaintiff**
                        16 Court Street, 28th Floor
                        Brooklyn, New York 11241
                        P: 718.855.1350

5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
JEAN A. METZKER,

                        Plaintiff/Petitioner,

        - against -                                    Index No.162215/2019
WHOLE FOODS MARKET GROUP, INC.,

                        Defendant/Respondent.
------------------------------------------------------------------x
## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits** of participating in e-filing include:

      • serving and filing your documents electronically

      • free access to view and print your e-filed documents

      • limiting your number of trips to the courthouse

      • paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated:  December 18, 2019

Briana M. Longo, Esq.
Name
STEFANO A. FILIPPAZZO, P.C.

Firm Name

16 Court Street, 28th Floor

Brooklyn, New York 11241
Address

718-855-1350
Phone

E-Mail

To:   See attached.

See attached.

6/6/18

Index  #                    Page 2 of 2                    EFM-1