```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  JEAN A. METZKER,                                  :

                            Plaintiff,      :
             -against-                         :          1:20-cv-05259-GHW

  WHOLE FOODS MARKET, INC.,         :          <u>ORDER</u>

                         Defendant.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court's order dated July 12, 2020, Dkt No. 4, directed the parties to submit a joint letter and proposed case management plan no later than July 23, 2020. That date has passed, and the parties have submitted neither document. The parties are directed to comply with the Court's order forthwith.

       Counsel for Plaintiff is also directed to enter a notice of appearance in this case.

       SO ORDERED.

Dated: July 24, 2020
                                                           _____
                                                              GREGORY H. WOODS
                                                           United States District Judge